UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH M. BELL,<br>    Petitioner,<br>    v.<br>WARDEN, et al.,<br>    Respondents. | Case No. 3:19-cv-00467-LRH-WGC<br>**ORDER** |

Kenneth M. Bell, a federal prisoner at FCI Herlong, in Herlong, California, initiated this habeas corpus action, *pro se*, on August 8, 2019, by filing an application to proceed *in forma pauperis* (ECF No. 1), a habeas petition (ECF No. 1-1), a petition requesting immediate release (ECF No. 1-2), and two motions to correct sentence (ECF Nos. 1-3 and 1-4). Bell alleges that the Bureau of Prisons has miscalculated his sentence, which was imposed by the United States District Court for the Eastern District of California, that his sentence should be considered expired, and that he should be released from custody. *See* Petition for Writ of Habeas Corpus (ECF No. 1-1). Bell has drafted his petition as one pursuant to 28 U.S.C. § 2241. *See id.* Bell states that he has also filed such a petition in the Eastern District of California. *See id.*

A habeas petition by a federal prisoner generally must be initiated in the federal district in which the petitioner is held, *see Padilla v. Rumsfeld*, 542 U.S. 426, 443 (2004) ("district of confinement" rule), or the district where the sentence was imposed, *see* 28 U.S.C. § 2255 ("the court which imposed the sentence"). Bell's sentence was imposed by the United States District Court for the Eastern District of California, and he is incarcerated in that district. Bell does not indicate any reason why this Court would be

1

the proper venue for this action; there plainly is none. The Court will, therefore, summarily dismiss this action. As Bell states that he has also initiated such an action in the Eastern District of California, the Court need not consider transferring this action to that court.

**IT IS THEREFORE ORDERED** that this action is dismissed.

**IT IS FURTHER ORDERED** that all the Petitioner's motions (ECF Nos. 1, 1-2, 1-3, 1-4) are denied as moot.

**IT IS FURTHER ORDERED** that, as reasonable jurists would not find the rulings in this order to be debatable, the petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

DATED this 15th day of August, 2019.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE